## IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
## IN AND FOR LEE COUNTY, FLORIDA

Jeanine Murphy and Keely Murphy,

    Plaintiffs,

vs.                                                                                                                 CASE NO.:

Scottsdale Insurance Company,

    Defendant.

_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiffs, Jeanine Murphy and Keely Murphy, by and through the undersigned attorneys and sues the Defendant, Scottsdale Insurance Company, and alleges as follows:

1. This is an action for breach of contract with damages greater than Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2. At all material times hereto, the Plaintiffs, Jeanine Murphy and Keely Murphy, (hereinafter "Plaintiffs") were and are Florida residents.

3. At all material times hereto, Defendant, Scottsdale Insurance Company, (hereinafter "Defendant") was a corporation duly licensed to transact insurance business in the State of Florida. Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in Lee County, Florida.

4. Plaintiffs bring this action as homeowners.

5. Prior to September 28, 2022, the Plaintiffs sought and purchased homeowner's insurance from Defendant to cover the property located at 7280 Pelas Circle, North Fort Myers, FL 33917 (hereinafter "Plaintiffs' Property"). Said policy of insurance, which is believed to be policy number 02106916 with corresponding claim number HOS1286785 (hereinafter "Plaintiffs'

Policy"), was issued by Defendant to Plaintiffs to provide insurance coverage which included, but was not limited to, coverage afforded to protect Plaintiffs' Property against hurricane damage.

6. Plaintiffs' Policy was issued by Defendant in Lee County, Florida and was in full force and effect as of September 28, 2022.  See copy of the policy attached as **Exhibit "A".**

7. On or about September 28, 2022, Plaintiffs' Property and dwelling located at 7280 Pelas Circle, North Fort Myers, FL 33917 was damaged by a hurricane event (hereinafter, the "Loss").  The Loss was covered under Plaintiffs' Policy issued by Defendant.

8. As of the date of the filing of this lawsuit, Defendant has failed to: (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment of insurance proceeds for the Loss will be forthcoming; and/or (iii) issue payment in full of insurance proceeds for the Loss to Plaintiffs.

9. Jurisdiction and venue of this matter are proper in the Circuit Court for Lee County, Florida.

## COUNT I-BREACH OF CONTRACT AGAINST DEFENDANT

10. Plaintiffs do hereby repeat and re-allege Paragraphs 1 through 9 above and incorporate the same by reference herein.

11. Plaintiffs are named Insureds under the homeowner's insurance policy of the Plaintiffs (the Plaintiffs' Policy described above) and said policy was in full force and effect as to the Plaintiffs at all times material to this Complaint, including when Plaintiffs' Property was damaged as described above.

12.   Plaintiffs have either complied with all conditions precedent to filing this lawsuit and Plaintiffs are entitled to recover under Plaintiffs' Policy or any such conditions have been waived.

13.   Defendant's refusal to: (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment of insurance proceeds for the Loss will be forthcoming; and/or (iii) issue payment in full of insurance proceeds for the Loss to Plaintiffs, constitutes a breach of contract.

14.   Plaintiffs have been damaged as a result of Defendant's breach in the form of unpaid insurance proceeds, interest, costs, and attorney's fees.

15.   Plaintiffs have been and remain fully prepared to comply with all of the obligations pursuant to the aforesaid contract of insurance.

16.   As a result of Defendant's aforementioned breach of contract, it has become necessary that Plaintiffs retain the services of the undersigned attorneys pursuant to Fla. Stat. §§ 627.428, 627.70152, and/or 626.9373.  Plaintiffs are obligated to pay a reasonable fee for the undersigned attorneys' services in bringing this action, plus necessary costs.

17.   Plaintiffs are entitled to recover attorney's fees and costs pursuant to Fla. Stat. §§ 627.428, 627.70152, and/or 626.9373.

**WHEREFORE**, the Plaintiffs, Jeanine Murphy and Keely Murphy, by and through the undersigned counsel, demand judgment against Defendant, Scottsdale Insurance Company, for all unpaid bills with interest on any overdue payments, costs, attorney fees pursuant to Fla. Stat. §§ 627.428, 627.70152, and/or 626.9373, and for all other remedies the Court sees fit to grant, and the Plaintiffs demand trial by jury.

<u>**CERTIFICATE OF SERVICE**</u>

**I DO HEREBY CERTIFY** that a true and correct copy of this document will be served on the Defendant along with the Summons in this action.

DATED: January 25, 2023

                                                Respectfully submitted by:

                                                <u>/s/ *Jennifer J. Smith*</u>
                                                **JENNIFER J. SMITH, ESQ.**
                                                Florida Bar No.: 057322
                                                **KUHN RASLAVICH, P.A.**
                                                2300 NW Corporate Blvd. Suite 110
                                                Boca Raton, FL 33431
                                                Telephone: (954)372-3272
                                                Facsimile: (954)361-1133
                                                <u>jennifer.smith@thekrfirm.com</u>
                                                Counsel for PlaintiffsF